**IT IS ORDERED as set forth below:**



**Date: March 13, 2023**

_Susan D. Barrett_
United States Bankruptcy Judge
Southern District of Georgia

---

# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

| In re: | Case No.: **20-10021-SDB** |
|---|---|
| **BENJAMIN DAVID PARKER** | Judge: **Susan D. Barrett** |
| Debtor(s) | Chapter: **13** |

### ORDER ON MOTION FOR RELIEF FROM STAY
(Official Local Form B-55)

MOVANT: **Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust**

SUBJECT PROPERTY: **680 Riverfront Drive, Augusta, GA 30901**

After notice and a hearing the Motion is ordered:

☐ Granted
    ☐ The Trustee will discontinue distribution on the movant's claim and reduce movant's claim to the amount paid if no amended claim is filed within _____ days of this order.

    ☐ The Trustee shall reduce movant's claim relating to this collateral to the amount paid. Movant is granted leave to seek allowance of a deficiency claim, if appropriate.

☐ Continued to _____ at _____ ☐ am ☐ pm

Case No.: 20-10021-SDB
Page 2

☐ Continued. The Motion will not be reassigned until a minimum of seven (7) days after Movant files and serves a Request for Assignment of Continued Hearing. That request shall not be filed until discovery is complete, including, if applicable, providing a post-petition payment history to opposing counsel.

☐ Denied.

☒ Denied on the condition that:

☒ The Debtor shall make timely post-petition payments to Movant as required by the Chapter 13 plan.

☒ The Debtor shall tender payments to Movant or take other action as follows:

Post-petition arrearage is __$3,215.46__ through the __2/1/23__ payment due date, plus attorney's fees of __$400.00__ and court costs of __$181.00__ for a total arrearage of __$3,796.46__.

☐ Debtor shall pay to Movant the sum of : _____ on or before _____ which sum shall be applied to the above-referenced total arrearage.

☒ Debtor shall cure the foregoing arrearage in full by making additional monthly payments to the Movant in the sum of __$500.25__ per month beginning __3/15/2023__ and continuing on the __15th__ day of each successive month thereafter, with a final additional payment of __$500.24__ being due on or before __8/15/2023__.

☒ Debtor shall recommence making regular monthly payments to Movant, as same come due under the applicable loan documents, including any insurance premiums which may come due thereunder, (subject to adjustment if provided in the contract) beginning __3/1/2023__, and maintain current monthly payments thereunder for the pendency of this case. All payments must include the last four digits of the account number _____ and shall be sent to the following address, depending on the type of payment:

> same as monthly billing statements

STRICT COMPLIANCE IS ORDERED as follows:

☒ That in the event the debtor fails to comply with the terms of this order, the movant, through its attorney of record, may file an affidavit establishing the default, served upon the debtor and debtor's attorney. Upon the expiration of fourteen (14) days without the filing of a counter-affidavit by the debtor disputing the fact of default, an order will be entered lifting the automatic stay, converting the case to a Chapter 7 or dismissing the case without further motion, notice or hearing.

☒ The strict compliance provision of this Order shall expire on __9/1/2023__.

☒ Other provisions:

In the event relief is granted, Movant's claim shall be reduced to the amount paid with the right to file a deficiency claim, if appropriate; the provisions of Rule 4001(a)(3) shall be waived; and Movant and Trustee shall be relieved of complying with the provisions of Rule 3002.1 in the instant bankruptcy case.

Debtor shall have a 10 day right to cure any default hereunder after written notice of said default.

Movant shall immediately apply the suspense balance of $784.97 to the above-referenced arrearage.

NOTE TO COUNSEL: THE COURT REQUIRES ANY FORM MODIFICATIONS AND/OR NONCONFORMING TERMS TO BE PLACED IN THE "OTHER PROVISIONS" SECTION ABOVE, OR ON A SEPARATE PAGE.

[END OF DOCUMENT]

| Attorney for Movant | Attorney for Respondent/Debtor | Debtor | Trustee |
|---|---|---|---|
| Name (print) Nath Hoff | Name (print) Ken Ono | Name (print) | Frederick Carpenter, Attorney for Chapter 13 Trustee Huon Le |
| GA Bar No. 773611 | GA Bar No. 535606 | | GA. Bar No. 341438 |

Prepared by: /s/
Attorney Name: Nath Hoff
Attorney for: Movant
Bar Number: 773611
Address: 1223 George L Wilson Dr
City, St, Zip: Augusta GA 30909
Telephone: 706-860-9995
Email: nhuff@cwhllp.com

GASB-55e [Rev. 04/2020]